AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00319 |
| John Paul Bordeaux | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 10/8/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Paul Bordeaux,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) (Civil Disorder);;
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) ;;
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds) ;;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building,.
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol or Buildings

Date:   10/08/2024

*Issuing officer's signature*

City and state:   Washington, D.C.   ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10-8-24, and the person was arrested on *(date)* 10-9-24
at *(city and state)* Floyd Virginia.

Date: 10-9-24

*Arresting officer's signature*

Tyler Bray - TFO
*Printed name and title*